# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.: 13-CV-2026-RM-MJW

TODD BORANDI, individually

    Plaintiff,

v.

ALLIANCE FOR SUSTAINABLE ENERGY, LLC, a Colorado Corporation

    Defendant.

ALLIANCE FOR SUSTAINABLE ENERGY, LLC, a Colorado Corporation

    Counter-Plaintiff,

v.

TODD BORANDI, individually

    Counter-Defendant

## ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF ( Docket No 19 )

THE COURT, having reviewed the Joint Motion to Modify Scheduling Order to Extend Discovery Cutoff, and being fully advised on the premises, HEREBY GRANTS the Motion.

THE FOLLOWING IS HEREBY ORDERED:

    1) The Discovery Cutoff shall be extended to **July 20, 2014**;

    2) The Dispositive Motions deadline shall be extended to **August 21, 2014**; and

1

3) The Final ~~Trial Preparation~~ Pretrial Conference set for August 11, 2014 at 9:30 a.m. is hereby vacated. The Final ~~Trial Preparation~~ Pretrial Conference is reset to October 21, 2014. At 9:00 a.m.

DATED this 13TH day of May, 2014.

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO