IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 13-CV-2026-RM-MJW

TODD BORANDI, individually

    Plaintiff,

v.

ALLIANCE FOR SUSTAINABLE ENERGY, LLC, a Colorado Corporation

    Defendant.

ALLIANCE FOR SUSTAINABLE ENERGY, LLC, a Colorado Corporation

    Counter-Plaintiff,

v.

TODD BORANDI, individually

    Counter-Defendant

---

**ORDER RE: JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF** ( Docket No 22 )

---

THE COURT, having reviewed the Joint Motion to Modify Scheduling Order to Extend Discovery Cutoff, and being fully advised on the premises, HEREBY GRANTS the Motion.

THE FOLLOWING IS HEREBY ORDERED:

    1) The Discovery Cutoff shall be extended to **September 5, 2014**;

    2) The Dispositive Motions deadline shall be extended to **October 6, 2014**; and

1

3) The Final Trial Preparation Conference set for October 21, 2014 is hereby vacated. The Final Trial Preparation Conference is reset to November 25, 2014, at 10:30 a.m.

DATED this 14TH day of July, 2014.

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO